UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBIN LEWIS, on behalf of herself and those similarly situated | ) ) ) CASE NO. 1:22-CV-00253 |
| Plaintiff, | ) ) JUDGE JAMES S. GWIN ) |
| vs. | ) MAGISTRATE JUDGE WILLIAM H. ) BAUGHMAN, JR. ) |
| FERRO CORPORATION, | ) ) |
| Defendant. | ) **NOTICE OF FILING CONSENT** ) **FORMS** |

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit Consent Forms to become Party Plaintiffs in the above-captioned collective action:

1. Brandon Jones
2. Craig E. Moore
3. Norberto Beauchamp, Jr.
4. Robin Lewis
5. Terrel Dickerson
6. Ulrick Jones

Respectfully submitted,

 /s/ Chastity L. Christy
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2022, a copy of the foregoing *Notice of Filing Consent Forms* was filed electronically. Service will be made Ferro Corporation, c/o Statutory Agent CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219, with service of the Complaint and Summons.

                                              /s/ Chastity L. Christy
                                              One of the Attorneys for Plaintiff